```
          UNITED STATES DISTRICT COURT
           DISTRICT OF NEW HAMPSHIRE
```

Juliet E. Pruden

    v.

Civil No. 12-cv-452-SM

CitiMortgage, Inc., et al.


O R D E R

On March 4, 2013, a preliminary pretrial conference was held in this case. Attorney Peter S. Wright, Jr., appeared for plaintiff; Attorneys Alexander Henlin and Joseph A. Farside, Jr., appeared for defendant CitiMortgage, Inc.; and Attorney Scott C. Owens appeared for defendant Harmon Law Offices, P.C. The court approves the Proposed Discovery Plan (document no. 28) with only minor modifications, each of which was discussed with counsel during the conference. First, objections and replies to dispositive motions shall be filed in accordance with Federal Rules of Civil Procedure and our Local Rules. Second, the key deadlines in the discovery plan are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Joinder of Additional Parties** | April 30, 2013 |
| **Motions to Dismiss** | May 1, 2013 |
| **Third-Party Actions** | May 15, 2013 |
| **Amendment of Pleadings** | May 31, 2013 |

| **Completion of Discovery** | October 31, 2013 |
|---|---|
| **Experts and Experts' Written Reports** | Plaintiff: November 1, 2013<br>Defendants: December 16, 2013 |
| **Motions for Summary Judgment** | November 15, 2013 |
| **Supplementation under Rule 26(e)** | January 31, 2014 |
| **Challenges to Expert Testimony** | February 14, 2014 |
| **Trial Date** | Two-week period beginning April 15, 2014 |

The parties concurred with respect to each of the aforementioned deadlines. The court denied defendant Harmon Law Office's request for a stay of discovery pending a ruling on Harmon's motion to dismiss. Additionally, per counsels' request, the court is amenable to utilizing the informal procedure for resolving discovery disputes that is currently utilized by Chief Judge Laplante. Accordingly, counsel shall notify my case manager, Kathy Dupont, in the event that they wish to resolve a discovery dispute on an informal basis, and follow her instructions.

_____
Landya B. McCafferty
United States Magistrate Judge

March 5, 2013

cc:  Alexander G. Henlin, Esq.
     Scott C. Owens, Esq.
     Peter S. Wright, Jr., Esq.
     Joseph A. Farside, Jr., Esq.