UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Juliet E. Pruden</u>

       v.

               Case No. 12-cv-452-SM

<u>CitiMortgage, Inc. and</u>
<u>Harmon Law Offices, P.C.</u>

<u>ORDER</u>

  Re: Document No. 16, Motion to Dismiss Plaintiff's Amended Complaint

  Ruling: Denied without prejudice.  While the pro se complaint is not as clear as it might be, it appears to fairly plead a violation of 15 U.S.C.§1692g(b) in that it is said that the Harmon defendant failed to cease collection of the debt after notification that the debt was disputed "until the debt collector obtains verification of the debt or a copy of the judgment, . . . and a copy of such verification or judgment . . . is mailed to the consumer by the debt collector" in that Harmon continued to collect the debt in August of 2012, not having complied with subsection (b).  And, the previous motion to dismiss (document 5) is moot in light of the amended complaint.

Date:  March 8, 2013

               _____
               Steven J. McAuliffe
               United States District Judge